NUMBER
13-10-00335-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

LEOPOLDO LEAL,                                                                       Appellant,

 

                                                             v.

 

LONE STAR COUNTRY
STORE CC, LLC,                                 Appellee. 

____________________________________________________________

 

                           On
appeal from the 214th District Court 

                                       of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                  Before
Justices Rodriguez, Benavides, and Vela

Memorandum Opinion
Per Curiam

 

This
matter is before the Court on appellee’s motion to dismiss appeal for
appellant’s failure to comply and want of prosecution.  On August 4, 2010, the
Court advised appellant that the notice of appeal was not in compliance with
Texas Rule of Appellate Procedure 25.1(d) and that if the defect was not cured
after the expiration of ten days from the date of receipt of the Court’s
notice, the appeal would be dismissed.  See
Tex. R. App. P. 25.1(d), 37.1, 42.3(b),(c).  Appellant has failed to correct
the defect or otherwise respond to the Court's notice.

On
August 4, 2010, the Clerk of this Court notified appellant, in accordance with
Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal
unless the $175.00 filing fee was paid.  See Tex. R. App. P. 42.3(c).  Appellant has not responded to the
notice from the Clerk or paid the $175.00 filing fee.  See Tex. R. App. P. 5, 12.1(b).

The
Court, after consideration of the documents on file and appellee’s motion,
hereby GRANTS appellee’s motion to dismiss appeal for appellant’s failure to
comply and want of prosecution.  Accordingly, we dismiss the appeal for want of
prosecution and failure to comply with a notice from the Court.  See Tex. R. App. P.
42.3(b),(c).

                                                                                                                        PER
CURIAM

 

Delivered and filed the

31st day of August, 2010.